JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, an insurance company,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BENNY DANG BUI, an individual; and VINH THI BUI, an individual,<br><br>　　　　Defendant(s). | Case No.: 8:23-cv-01404-DFM<br><br>**STIPULATED JUDGMENT**<br><br>Complaint Filed: August 3, 2023 |

//
//

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED THAT:

1. The Court shall retain jurisdiction over the Parties, pursuant to Code of Civil Procedure § 664.6, to enable any party to apply to the Court at any time for such further orders and direction as may be necessary and appropriate to enforce the Judgment as the interests of justice may require.

2. The Court shall vacate the scheduling conference date currently set for November 15, 2023.

3. The insurance proceeds of $100,000 deposited by Plaintiff with the court ("Proceeds") shall be deposited to Defendant's, Benny Dang Bui, counsel's trust account within a reasonable time.

4. Defendant, Benny Dang Bui, shall pay Nine-Thousand and Five-Hundred Dollars ($9,500) to Defendant, Vinh Thi Bui, within 10 days of receipt of the Proceeds.

5. Defendant, Benny Dang Bui, and Defendant, Vinh Thi Bui, have waived any and all actions, claims, and/or causes of action against each other arising from or relating to Proceeds, American General Life Insurance Policy Number: 020349535, or to Decedent, Duyen Thi Bui and have waived the rights and protection from Civil Code § 1542.

Dated: November 8, 2023

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE